**DIVERSIFIED SPECIALTIES, INC., Plaintiff–Appellant,**

v.

**MAYTAG CORPORATION, Defendant–Appellee.**

No. 05–1364.

United States Court of Appeals, Federal Circuit.

Feb. 7, 2006.

Before GAJARSA, DYK, and PROST, Circuit Judges.

*Judgment*

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.